(No. 740—Claimant awarded $6,768.33.)

ORANGE CRUSH COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be awarded.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision there announced governs this case.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by claimant, in the years 1921 and 1922, amounting in all to $6,768.33.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant, the sum of $6,768.33.